UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>SHOW DEPARTMENT, INC., et al.,<br><br><br>Debtor(s) | BK No.: 10-42055<br><br>Chapter: 11<br>Honorable Pamela S. Hollis |

## ORDER AND FINAL DECREE CLOSING CASE (THREE CASES)

This matter coming to be heard on Debtor's Motion For Entry of an Order and Final Decree Closing Case ("Motion"); at least seven (7) days notice having been given and further notice being waived for good cause; no objections having been filed and no objections having been raised in open court to the relief requested in the Motion which have not been overruled; the Court being advised in the premises of the Motion; and good cause appearing to grant the relief requested in the Motion; it appearing that the relief sought is in the best interest of the estate; it is, therefore:

ORDERED, based on the allegations of the Motion but without evidentiary hearing, the Motion is granted including the following relief:

a) Pursuant to 11 U.S.C. § 350(a) and Federal Rule of Bankruptcy Procedure 3022, the bankruptcy cases for each of Resolution Digital Studios, LLC ("RDS"), Debtor in case no. 10-42066, Boreray, LLC ("Boreray"), Debtor in case no. 10-54980, and 2201 W. Fulton, LLC ("Fulton"), Debtor in case no. 10-54977, is closed, effective as of the date this order is entered; and

b) the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: December 16, 2014

**Prepared by:**

Andrew J. Maxwell (ARDC#1799150)
Maxwell Law Group, LLC
105 W. Adams, Suite 3200
Chicago, IL 60603
312/368-1138